UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KERRY L. SMITH,

    Petitioner,

        v.                                 Civil No. 15-cv-1418-JPG

UNITED STATES OF AMERICA,         Criminal No 07-cr-40038-JPG

    Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Kerry L. Smith's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Kerry L. Smith and that this case is dismissed with prejudice.

**DATED: February 16, 2017**         JUSTINE FLANAGAN, **Acting Clerk of Court**

                                                **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**